McGREGOR W. SCOTT
United States Attorney
1 JEREMIE A. ARTHUR
Special Assistant U.S. Attorney
2 PROSECUTION UNIT
1 S. Rosamond Blvd.
3 Edwards, California 93523
Telephone (661) 277-8120
4

5

6               IN THE UNITED STATES DISTRICT COURT FOR THE

7                     EASTERN DISTRICT OF CALIFORNIA

8

9 UNITED STATES OF AMERICA,            )   CASE No. 5:05-MJ-00066 TAG
                                       )
10        Plaintiff,                   )   MOTION AND ORDER FOR
                                       )   DISMISSAL OF INFORMATION
11 v.                                  )
                                       )
12 TARICK K. MUHAMMAD,                 )
          Defendant.                   )
13                                     )
                                       )
14                                     )

15
The United States Attorney's Office, pursuant to Rule 48(a) of the
16
Federal Rules of Criminal Procedure, dismissal by the Government,
17
hereby moves to dismiss the Information against Tarick K.
18
Muhammad, without prejudice, in the interest of justice.
19

20
                                    Respectfully submitted,
21
                                    McGREGOR W. SCOTT
22                                  United States Attorney

23
DATED:   AUG 1 8 2005
24                         By
                               JEREMIE A. ARTHUR
25                                Special Assistant U.S. Attorney

26

27

28

## ORDER

1  IT IS HEREBY ORDERED that the information against Tarick K.
2  Muhammad, Case No. 5:05-MJ-00066 TAG, be dismissed, without
3  prejudice, in the interest of justice.
4
5  DATED: *August 19, 2005*           /s/ Theresa A. Goldner
6                                     Theresa A. Goldner
                                      United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28